THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAMELA J. MILLS, Appellant. [849 NYS2d 869]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted. (Appeal from Judgment of Steuben County Court, Joseph William Latham, J.—Forgery, 2nd Degree). Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN VASQUEZ, Appellant. [849 NYS2d 869]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment

granted. (Appeal from Judgment of Steuben County Court, Joseph William Latham, J.—Attempted Criminal Possession Controlled Substance, 3rd Degree). Present—Scudder, P.J., Martoche, Peradotto, Pine and Gorski, JJ.